MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
Kay Fitz-Patrick, Bar. No. 252977
kay.fitz-patrick@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:  +1.310.907.1001

Attorneys for Defendant
CITIBANK. N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVEK SHAH,<br><br>        Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A.,<br><br>        Defendant. | Case No. 2:24-cv-07252-MCS-ASx<br><br>[Assigned to Judge Mark C. Scarsi]<br><br>**DECLARATION OF CHRISTY G. SHARP IN SUPPORT OF MOTION OF DEFENDANT CITIBANK, N.A. TO DISMISS COMPLAINT**<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities and [Proposed] Order filed concurrently]<br><br>Hearing Date: December 2, 2024<br>Hearing Time: 9:00 Am<br>Courtroom: 7C, 7th Floor |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 49453917.3

1

DECLARATION CHRISTY G. SHARP
IN SUPPORT OF
MOTION TO DISMISS COMPLAINT
CASE NO. 2:24-cv-07252-MCS-ASx

# DECLARATION OF [CORP. REP.]

I, Christy G. Sharp, hereby declare as follows:

1. I am an employee of Citibank, N.A. ("Citibank"), a national bank located in Sioux Falls, South Dakota. Citibank's primary business is the issuance of credit cards.

2. I have worked with Citibank (or its affiliates) in different capacities for approximately 18 years. In connection with my employment, I have personal knowledge of the general business practices of Citibank with respect to the processing of credit card applications. My responsibilities include preparing declarations in connection with litigation involving Citibank, and I am authorized to provide this Declaration for Citibank. I have access to the business records relating to the credit card application received by Citibank including, in particular, the records of correspondence with applicants.

3. The exhibits to this Declaration are all true and correct business records created and maintained by Citibank, or its predecessors and affiliates, in the course of regularly conducted business activity, and as part of the regular practice of Citibank to create and maintain such records, and also were made at the time of the act, transaction, occurrence or event or within a reasonable time thereafter. The statements set forth in this Declaration are true and correct to the best of my knowledge, information and belief. Except where based upon information provided by persons working under my direction and supervision, the statements contained herein are based on my personal knowledge or review of Citibank's records, including records pertaining to the credit card application submitted by plaintiff Vivek Shah ("Plaintiff"). If called as a witness, I am competent to testify to the statements contained herein. Portions of the exhibits have been redacted to exclude personal information.

4. I understand that Plaintiff has filed a complaint regarding the

Morgan, Lewis & Bockius LLP
Attorneys At Law
Century City

DB2/ 49453917.3

2

DECLARATION CHRISTY G. SHARP
IN SUPPORT OF
MOTION TO DISMISS COMPLAINT
CASE NO. 2:24-cv-07252-MCS-ASx

1  purported conduct of Citibank in connection with his application for a Citi

2  /AAdvantage Platinum Select credit card account.

3     5.   Citibank's records reflect that Plaintiff applied for an account on July

4  24, 2024.

5     6.   Citibank's records further reflect that, on July 26, 2024, it mailed a

6  letter to Plaintiff stating that Citibank was unable to approve his application.  The

7  letter further stated that "This decision was based on the following reason:  We

8  received notification from another Citi® business that your relationship with Citi

9  has been reviewed and it was determined that we can no longer service any

10  accounts for you."  Attached hereto as Exhibit 1 is a true and correct copy of the

11  letter that was sent to Plaintiff, with certain information redacted for privacy.

12     I declare under penalty of perjury under the laws of the United States of

13  America that the foregoing is true and correct.

14     Executed this  28th  day of October 2024 in  Jacksonville,

15  Florida.

16  _____

17  CHRISTY G. SHARP
    VICE-PRESIDENT
18  LEGAL SUPPORT LEAD OFFICER

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 49453917.3

3

DECLARATION CHRISTY G. SHARP
IN SUPPORT OF
MOTION TO DISMISS COMPLAINT
CASE NO. 2:24-cv-07252-MCS-ASx



PO Box 6722
Sioux Falls, SD 57117-6722

July 26, 2024

# ⓘ UPDATE

VIVEK SHAH
REDACTED
LOS ANGELES CA 90036-5948

Vivek Shah
Application ID: REDACTED 6115



## ⓘ We're unable to approve your Citi® / AAdvantage® Platinum Select® World Elite Mastercard® application

Hi, Vivek. Thank you for your interest in our Citi® / AAdvantage® Platinum Select® account. At this time, we're unable to approve your application.

### Why we made our decision

This decision was based on the following reason:
- We received notification from another Citi® business that your relationship with Citi has been reviewed and it was determined that we can no longer service any accounts for you.

Your Citi Team

American Airlines, American Eagle, AAdvantage®, AAdvantage Million Miler™, MileSAAver, Business Extra, Flagship, Admirals Club, AirPass, ConciergeKey, AAdvantage Executive Platinum®, AAdvantage Platinum Pro®, AAdvantage Platinum®, AAdvantage Gold®, AAdvantage® MileUp®, AA Cargo™, the Flight Symbol logo and the Tail Design are marks of American Airlines, Inc.

0.L0CD4560001.I2024072600001867.056.I.ZZ.SY.8000.SYSTEMB7654329937682514.



Vivek Shah
Page 2 of 3
Application ID: REDACTED 6115

# ⓘ UPDATE

©2024 Citibank, N.A. Citi, Citibank, Citi with Arc Design and Citi Mobile are registered service marks of Citigroup Inc.

Please see next page for important information

T00000




Vivek Shah
Page 3 of 3
Application ID REDACTED 6115

# ⓘ UPDATE

NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

The creditor is Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108. Please direct any questions to the return address on this letter.

200000